UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| **NICOLE RUDDY**, <br><br> Plaintiff, <br><br> vs. <br><br> **ONLINE TECH LLC**, <br><br> Defendant. | 2:18-CV-12972-TGB <br><br><br> **ORDER** |

On December 13, 2019, the Court held a hearing on Defendant's Motion to Compel (ECF No. 14). For the reasons stated on the record, the Motion is GRANTED IN PART AND DENIED IN PART. The Court's ruling is as follows: (1) Defendant may depose Plaintiff for an additional hour; (2) Within fourteen (14) days, Defendant may submit a bill of costs which shall be limited to those fees and costs incurred in connection with Defendant's motion to compel Plaintiff to respond to Defendant's third request for production of documents; (3) Plaintiff may respond to the bill of costs within fourteen (14) days; (4) Defendant's request to compel Plaintiff to produce expert reports is denied as moot because Plaintiff represented to the Court that she will not prepare or use written expert

reports; (5) The parties shall find a mutually acceptable time to complete the Rosenbaum, Sasse and Courtney depositions; (6) The dispositive motion cut-off date is March 31, 2020; (7) Defendant is permitted ten (10) extra pages to file a single, consolidated motion for summary judgment.

IT IS SO ORDERED.

DATED this 18th day of December, 2019.

BY THE COURT:

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge